## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA KING and GREG KING,<br><br>    Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendants. | Case No. 3:20-cv-00153-MMD-WGC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their undersigned counsel, that:

1. This action is hereby dismissed in its entirety without prejudice and without costs to any party;

2. To the extent Plaintiffs subsequently seek to re-file this action, such action shall not be commenced in any venue other than the United States District Court for the District of Nevada; and

3. For purposes of calculating statutes of limitation, statutes of repose, or any other time periods, the date of filing of any re-filed action shall relate back to the filing date of the original action bearing Civil Action No. 2:13-cv-23377, in MDL 2327, *In Re: Ethicon, Inc. Pelvic Repair Systems Products Liability Litigation*, in the United States District Court for the Southern District of West Virginia.

| | |
|---|---|
| /s/ Asim M. Badaruzzaman | /s/ James H. Keale |
| Asim M. Badaruzzaman<br>SEEGER WEISS LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, New Jersey 07660<br>Tel.: (973) 639-9100<br>Fax: (973) 639-9393<br>abadaruzzaman@seegerweiss.com | James H. Keale<br>TANENBAUM KEALE<br>Three Gateway Center, Suite 1301<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Tel.: (973) 242-0002<br>Fax: (973) 242-8099<br>jkeale@tktrial.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| Dated: | Dated: |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 15, 2020